**SO ORDERED: June 25, 2013.**



**James M. Carr**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SHAWN WYLEY BUCHANAN, ) | Case No. 12-01087-JMC-13 |
| ) | |
| Debtor ) | |
| ) | |
| _____) | |
| ) | |
| STACY L BUCHANAN/KITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | Adv. Proc. No. 12-50157 |
| ) | |
| SHAWN WYLEY BUCHANAN, ) | |
| ) | |
| Defendant. ) | |

## <u>JUDGMENT</u>

Trial on this matter was held on April 4, 2013, wherein the plaintiff appeared by counsel,

Dan J. May; the defendant appeared in person and by counsel, Steven P. Taylor. At the

conclusion of the trial, the Court took ruling on the matter under advisement and directed the

parties to submit supplemental briefs.

In accordance with the written Findings of Fact and Conclusions of Law entered contemporaneously herewith, it is HEREBY ORDERED, ADJUDGED AND DECREED that judgment be and hereby is entered in favor of the defendant and against the plaintiff and that the $3,000.00 judgment debt owed by the defendant to the plaintiff is DISCHARGEABLE.

# # #